# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America )<br>)<br>v. )<br>)<br>ERIC MORTENSEN, a/k/a "Jacob Bradford," )<br>and )<br>MELISSA CHARRAN<br>*Defendant(s)* | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>9:50 am, Mar 24, 2021<br>**JEFFREY P. COLWELL, CLERK**<br><br>Case No. 21-mj-00051-NYW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

From in or about at least September 2020 to the present, in the State and District of Colorado, ERIC MORTENSEN and MELISSA CHARRAN violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |
| 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to distribute a controlled substance |
| 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm/Ammunition |
| 18 U.S.C. § 924(c)(1)(A) | Use/carry firearm during and in relation to a drug trafficking crime |
| 18 U.S.C. § 1956(h) | Conspiracy to launder money |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

X  Continued on attached sheet.

/s Derek Backus
*Complainant's signature*

Inspector Derek Backus, USPIS
*Printed name and title*

Sworn to before me and:   ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **24 Mar 2021**

*Judge's signature*

City and state:   Denver, Colorado

Hon. Nina Y. Wang, U.S. Magistrate Judge
*Printed name and title*