IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-mj-00051-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**2.    MELISSA CHARRAN,**

       Defendant.

___

### NOTICE OF ATTORNEY APPEARANCE
___

       ANDRES R. GUEVARA, of the Law Office of Andres R. Guevara, hereby enters his appearance as CJA Counsel for the above-named defendant, Melissa Charran

       Dated:  March 26, 2021

       Respectfully submitted,

       ANDRES R. GUEVARA
       Law Office of Andres R. Guevara

       s/ Andres R. Guevara
       ANDRES R. GUEVARA
       Law Office of Andres R. Guevara
       2806 N. Speer Blvd
       Denver, CO 80211
       Telephone:  (720) 379-8262
       FAX: (720) 699-6808
       E-mail:andres@guevaracoloradolaw.com
       Attorney for MELISSA CHARRAN

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 26, 2021, I electronically filed the foregoing **NOTICE DISPOSITION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all attorneys authorized to receive service

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
2806 N. Speer Blvd
Denver, CO 80211
Telephone:  (720) 379-8262
FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for Melissa Charran