IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **21-cr-115-WJM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC MORTENSEN, a/k/a "Jacob Bradford," and
2. MELISSA CHARRAN,

    Defendants.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

From in or about August 2020 through on or about March 25, 2021, in the State and District of Colorado, the defendants, ERIC MORTENSEN, a/k/a "Jacob Bradford," and MELISSA CHARRAN, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute: (i) less than 50 kilograms of marijuana, a Schedule I controlled substance, and (ii) mixtures and substances containing tetrahydrocannabinol ("THC"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and (b)(1)(D).

    All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about March 25, 2021, in the State and District of Colorado, the defendants, ERIC MORTENSEN, a/k/a "Jacob Bradford," and MELISSA CHARRAN, did knowingly and intentionally possess with intent to distribute: (i) less than 50 kilograms of marijuana, a Schedule I controlled substance, and (ii) mixtures and substances containing tetrahydrocannabinol ("THC"), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and (b)(1)(D).

## COUNT 3

From in or about August 2020 through on or about March 25, 2021, in the State and District of Colorado, the defendants, ERIC MORTENSEN, a/k/a "Jacob Bradford," and MELISSA CHARRAN, and others both known and unknown to the Grand Jury, did knowingly and intentionally conspire to launder money in that they, knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, conducted and attempted to conduct such financial transactions which in fact involved the proceeds of a conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, with the intent to promote the carrying on of a conspiracy to distribute controlled substances.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (h).

## COUNT 4

On or about January 8, 2021 in the State and District of Colorado, the defendant, ERIC MORTENSEN, a/k/a "Jacob Bradford," did knowingly use, carry, and brandish a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely the offense charged in Count One, and did possess and brandish a firearm in furtherance of that same offense.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii).

## COUNT 5

On or about March 25, 2021, in the State and District of Colorado, the defendant, ERIC MORTENSEN, a/k/a "Jacob Bradford," knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. As a result of committing the violations of Title 21, United States Code, Section 841(a)(1) and 846, alleged in Counts One and Two of this Indictment, the defendants, ERIC MORTENSEN, a/k/a "Jacob Bradford," and MELISSA CHARRAN, shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

2. As a result of committing the violation of Title 18, United States Code, Section 1956(h), alleged in Count Three of this Indictment, the defendants, ERIC MORTENSEN, a/k/a "Jacob Bradford," and MELISSA CHARRAN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the offense alleged in Count Three and all property traceable to such property.

3. As a result of committing the violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii) alleged in Count Four of this Indictment and the violation of Title 18, United States Code, Section 922(g)(1) alleged in Count Five of this Indictment, the defendant, ERIC MORTENSEN, a/k/a "Jacob Bradford," shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including but not limited to the firearms seized from MORTENSEN's apartment on March 25, 2021.

4. If any of the property subject to forfeiture as a result of any act or omission of the defendants:

- a) cannot be located upon the exercise of due diligence;
- b) has been transferred or sold to, or deposited with, a third party;
- c) has been placed beyond the jurisdiction of the Court;
- d) has been substantially diminished in value; or
- e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

All in violation of Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982(a)(1).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Andrea Surratt*
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Andrea.Surratt@usdoj.gov
Attorney for Government