| | |
|---|---|
| <u>DEFENDANT:</u> | MELISSA CHARRAN |
| <u>YOB/AGE:</u> | 1993 |
| <u>COMPLAINT FILED?</u> | \_\_\_x\_\_\_ Yes  _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER <u>21-mj-00051-NYW</u> |
| <u>OFFENSE(S):</u> | 1) 21 U.S.C. §§ 841(a)(1) & 846 — Conspiracy to distribute a controlled substance<br>2) 21 U.S.C. § 841(a)(1) — Distribution of a controlled substance<br>3) 18 U.S.C. § 1956(h) — Conspiracy to launder money |
| <u>LOCATION OF OFFENSE:</u> | Denver County, Colorado |
| <u>PENALTY:</u> | 1) 21 U.S.C. §§ 841(a)(1) & 846 — NMT 20 yrs imprisonment, NMT $1,000,000 fine or both; NLT 3 yrs SR, NMT life SR; $100 SA<br>2) 21 U.S.C. § 841(a)(1) — NMT 20 yrs imprisonment, $1,000,000 fine or both; NLT 3 yrs SR, NMT life SR; $100 SA<br>3) 18 U.S.C. § 1956(h) — NMT 20 yrs imprisonment; NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |
| <u>AGENT:</u> | USPIS Inspector Derek Backus |
| <u>AUTHORIZED BY:</u> | AUSA Andrea Surratt |

<u>ESTIMATED TIME OF TRIAL</u>:   **x**  five days or less       \_\_\_\_ over five days

<u>THE GOVERNMENT</u>

**x** will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is not** applicable to this defendant.