IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **ERIC MORTENSEN,**
2.     **MELISSA CHARRAN,**

    Defendant.

## PROTECTIVE ORDER

THIS MATTER, coming before the Court upon motion of the Government for a protective order (the "Motion"),

IT IS HEREBY ORDERED that:

Because the materials listed in the Motion contain sensitive identifying information (the "Body Cam Footage"), such disclosure shall be pursuant to the following conditions:

    a)     The Body Cam Footage produced by the Government may be used only in this case and for no other purpose without further order from this Court;

    b)     Counsel for the defendant shall not provide the Body Cam Footage to the Defendants, but counsel for the defendants may show the footage to the Defendants and discuss it with them so long as the Body Cam

    Footage remains in control of counsel for the defendants or their representatives; and

c. The Body Cam Footage may be shared with staff for counsel for the Defendant, defense investigators, and/or experts retained for purposes of assisting with the defense in this case

Dated this 30th day of April, 2021.

BY THE COURT:

_____
William J. Martínez
United States District Judge