IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-115-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**2.**     **MELISSA CHARRAN,**

       Defendant.

___

### NOTICE OF DISPOSITION
___

The Defendant, Melissa Charran, through undersigned counsel, advises the Court that a disposition has been reached in this matter between Ms. Charran and the Government. Ms. Charran requests that the Court schedule a change of plea hearing at a time convenient to the Court and the parties.

Dated: February 28, 2022

                Respectfully submitted,

                ANDRES R. GUEVARA
                Law Office of Andres R. Guevara


                s/ Andres R. Guevara
                ANDRES R. GUEVARA
                Law Office of Andres R. Guevara
                2806 N. Speer Blvd
                Denver, CO 80211
                Telephone: (720) 379-8262
                FAX: (720) 699-6808
                E-mail:andres@guevaracoloradolaw.com
                Attorney for MELISSA CHARRAN

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 28, 2022, I electronically filed the foregoing **NOTICE DISPOSITION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all attorneys authorized to receive service

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
2806 N. Speer Blvd
Denver, CO 80211
Telephone:  (720) 379-8262
FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for Melissa Charran

2