IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    MELISSA CHARRAN,

    Defendant.

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

    Comes now the Defendant, Melissa Charran, by and through his attorney of record, Andres R. Guevara of the Law Office of Andres R. Guevara, and hereby respectfully requests that this Court continues the Change of Plea Hearing that is currently scheduled for Tuesday, April 19, 2022.

    1.    Undersigned counsel and the defendant Ms. Charran agree that a resetting of the Change of Plea Hearing is necessary due to the reasons set forth in this Motion.  Undersigned counsel has also conferred with Assistant United States Attorney Andrea Surratt, who stated that the Government is unopposed to this motion.

    2.    Ms. Charran was arrested in the instant case on March 26, 2021.  (ECF. No. 6 in 21-mj-00051-NYW).  Subsequent to her arrest, Ms. Charran was released on a $5,000 unsecured bond and was permitted to be supervised while she resided at her parent's home in Minnesota. Ms. Charran has remained out of custody since that date, has complied with the conditions of her

bond, and has (with the approval of pre-trial supervision) traveled to Colorado for medical treatment[1] and for a sentencing evaluation that was conducted in this case.

3.  The parties in this case reached a resolution and plea paperwork was prepared and submitted to the Court earlier this week in anticipation of the Change of Plea Hearing set for April 19.

4.  As fortune would have it, Ms. Charran had applied for work and a background check received from a prospective employer indicated that she had an active warrant for a Denver County Case, number 21CR2615. On Monday April 11, 2022, Ms. Charran provided undersigned with a screenshot of the background report showing this Denver case. Undersigned counsel did a search for the case using the Colorado Court Data Access and could not locate the case. This is not unusual, unfortunately, as Denver County cases are not easily searchable especially when the case is still in County Court. This morning, undersigned counsel was able to reach Denver County Court and was informed that there was, in fact, a Denver case related to tax evasion charges that was filed on or about April 29, 2021. According to the Denver County Court clerk, the last court date was around July 2021 and a no-bond warrant had been issued.

5.  Neither the defense nor the government were aware of this state court case or the active warrant. No one from the Denver District Attorney's Office contacted either the government in this case or the defense. Moreover, the Denver District Attorney's Office seems to have filed this complaint without the involvement of any federal law enforcement agency involved in the instant federal case notwithstanding that this tax evasion case seems to be related

---

[1] Ms. Charran needed to visit her medical providers because she was pregnant (and eventually gave birth) to her first child.

to the instant federal charges. In other words, the instant case involves the sale and distribution of marijuana and the Denver County case appears to relate to the state tax implications of this conduct. All the parties in this instant case were blindsided by the news that there is an active state court case related to some degree to the allegations in the instant case. Although there has been a warrant for nearly a year, no Colorado state law enforcement has attempted to contact and/or arrest the defendants.[2]

6. For obvious reasons, clearing up this warrant is a priority for Ms. Charran. At present, the arrest warrant that was issued nearly a year ago does not have a bond amount attached thereto, which means that Ms. Charran would need to present herself and then be held overnight (or several nights) until seen by a judge who would then set bond. The defense is concerned that when Ms. Charran travels to Colorado next week for the Change of Plea hearing that she can and will be taken into custody on the warrant and could be in custody at the time of the Change of Plea hearing. The defense is seeking to continue the Change of Plea hearing in order to provide Ms. Charran time to clear the warrant in Denver.

Dated: April 13, 2022

                                                    Respectfully submitted,

                                                    ANDRES R. GUEVARA
                                                    Law Office of Andres R. Guevara

---

[2] Co-defendant Eric Mortensen would have been a seemingly easy person to arrest on a warrant since he has been in custody in Colorado since his arrest on March 26, 2021

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
2806 N. Speer Blvd
Denver, CO 80211
Telephone:  (720) 379-8262
FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for Melissa Charran

4