| | | |
|---|---|---|
| DEFENDANT: | MELISSA CHARRAN | |
| YOB/AGE: | 1993 | |
| COMPLAINT FILED? | ___x___ Yes   _____ No <br><br> If Yes, MAGISTRATE CASE NUMBER <u>21-mj-00051-NYW</u> | |
| OFFENSE(S): | 1) 21 U.S.C. § 843(b) & 18 U.S.C. § 2 | Use of communication facility to facilitate commission of drug trafficking felony |
| LOCATION OF OFFENSE: | Denver County, Colorado | |
| PENALTY: | 1) 21 U.S.C. § 843(b) & 18 U.S.C. § 2 | NMT 4 yrs imprisonment, NMT $250,000 fine or both; NMT 1 yr SR; $100 SA |
| AGENT: | USPIS Inspector Derek Backus | |
| AUTHORIZED BY: | AUSA Andrea Surratt | |

ESTIMATED TIME OF TRIAL:   __x__ five days or less   ____ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is not** applicable to this defendant.

1