AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:21-cr-00115-WJM-2 |
| MELISSA CHARRAN | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: June 9, 2022

_____
Defendant's signature

_____
Signature of defendant's attorney

ANDRES R. GUEVARA
Printed name of defendant's attorney

_____
Judge's signature

William J. Martinez
Judge's printed name and title

U.S. District Judge

9 June 2022