IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: June 9, 2022
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George

Criminal Action No.: **1:21-cr-00115-WJM-2**           Counsel:

UNITED STATES OF AMERICA,                              Andrea Lee Surratt

    Plaintiff,

v.

MELISSA CHARRAN,                                       Andres Rene Guevara

    Defendant.

## COURTROOM MINUTES

**Change of Plea Hearing**

**2:02 p.m.     Court in session.**

Court calls case. Appearances of counsel. Defendant is present on bond.

Defendant placed under oath by Courtroom Deputy.

Defendant waived her right to prosecution by Indictment and executed the Waiver of an Indictment.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant advised of maximum penalties.

Defendant arraigned on Count 1 of the Information.

Defendant pleads guilty to Count 1 of the Information.

**ORDERED:**   Court's Exhibit 1 - Plea Agreement and Court's Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are received into evidence.

**ORDERED:**  Defendant's plea of guilty to Count 1 of the Information is ACCEPTED.

**ORDERED:**  The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, must be filed no later than 14 days prior to the date of the sentencing hearing. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.

**ORDERED:**  **Sentencing is set for November 18, 2022 at 10:30 a.m.**

**ORDERED:**  All hearings and settings in this case other than the Sentencing date are hereby vacated.  Any pending motions are hereby denied as moot.

**ORDERED:**  The Court finds that exceptional circumstances exist in this matter and the Court finds that by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of the community. Defendant's bond is continued subject to the conditions of release in the Magistrate Judge Wang's [14] Order with the addition of condition H: Defendant obtain such medical, psychiatric, and/or mental health treatment as required by her supervising officer.

**2:47 p.m.**     **Court is adjourned. Hearing concluded.**

Total time in court: 45 minutes