IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00115-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **ERIC MORTENSEN**
2.  MELISSA CHARRAN,

Defendants.

---

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING
CURRENTLY SET FOR JANUARY 18, 2023**

---

Comes now Eric Mortensen, through CJA counsel, Richard J. Banta, pursuant to

Rule 47, Fed. R. Cr. P and respectfully moves the Court for an order granting this motion.

In support of such motion, Mr. Mortensen states the following:

1.  This matter is set for a sentencing hearing on Wednesday, January 18, 2023. at
    9:30 am.

2.  Counsel was able to speak with Mr. Mortensen on December 22, 2022 to
    review the Presentence Investigation Report (PSIR).

3.  Counsel is now aware of information pertaining to Mr. Mortensen's
    incarceration at the Minnesota Correctional Facility in Fairbault, Minnesota
    that is relevant to certain provisions of the PSIR.

4. Counsel spoke on December 22, 2022 with Corrections Security Case Worker Ms. Julie Berry at the Fairbault facility regarding obtaining records from the facility.

5. Ms. Berry provided counsel via email a copy of a standard Release of Records form that requires a signature from Mr. Mortensen.

6. Mr. Mortensen is currently housed at the Clear Creek County Detention Center in Georgetown, Colorado.

7. It will be necessary to obtain a signed Release of Record form through the United States mail.

8. Given the holidays it is expected that it may take a week or longer for counsel to obtain the signed Release of Record form.

9. It will then be necessary to provide the release to the authorities in Minnesota for processing.

10. It is unlikely that obtaining and reviewing the requested records can be accomplished by the current sentencing date.

11. Counsel is authorized to state he has discussed this motion with Mr. Mortensen, and he concurs in the relief requested herein.

12. Counsel is authorized to state he has discussed this motion with Assistant U.S. Attorney Andrea Surrart, and she concurs in the relief requested herein.

3

Wherefore, Eric Mortensen respectfully prays that the Court enter an Order

granting this Motion and granting such further relief as the court deems just and proper.

Respectfully submitted,

s/*Richard J. Banta*
Richard J. Banta, P.C.
501 S. Cherry Street
 Suite 1100-MB11
Denver, CO 80246
303-860-8048
Fax:  303-333-119
E-mail: rjbanta@comcast.net
Attorney for Defendant
Eric Mortensen

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2022 I electronically filed the foregoing
Motion with the Clerk of Court using the CM/ECF system, which will send notification
of such filing to all attorneys of record.

s/*Richard J. Banta*
Richard J. Banta

3