# EXHIBIT B

Video of Jail Video Visit between Ms. Melissa Charran and Eric Mortensen

Conventionally filed