# EXHIBIT C

# Documents related to Ms. Charran's business MamaMeli's Enterprise, LLC

# Office of the Minnesota Secretary of State
# Certificate of Organization

I, Steve Simon, Secretary of State of Minnesota, do certify that: The following business entity has duly complied with the relevant provisions of Minnesota Statutes listed below, and is formed or authorized to do business in Minnesota on and after this date with all the powers, rights and privileges, and subject to the limitations, duties and restrictions, set forth in that chapter.

The business entity is now legally registered under the laws of Minnesota.

| | |
|---|---|
| Name: | MamaMeli's Enterprises LLC |
| File Number: | 1364094100028 |
| Minnesota Statutes, Chapter: | 322C |
| This certificate has been issued on: | 01/04/2023 |

Steve Simon
Secretary of State
State of Minnesota



**Work Item 1364094100028**
**Original File Number 1364094100028**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
01/04/2023 11:59 PM

Steve Simon
Secretary of State



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0023

Date of this notice:  01-05-2023

Employer Identification Number:
92-1575345

Form:  SS-4

Number of this notice:  CP 575 G

MAMAMELIS ENTERPRISES LLC
MELISSA AMANDA CHARRAN SOLE MBR
7632 BLOOMINGTON AVENUE SOUTH
MINNEAPOLIS, MN   55423

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 92-1575345.  This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did **not** apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation.  If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*.  The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.



