**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    MELISSA CHARRAN,

    Defendant.

**NOTICE OF CONVENTIONAL FILING**

    The Defendant, Melissa Charran, through undersigned counsel, hereby provides notice that undersigned counsel today, July 12, 2023 did conventionally file Exhibit B to ECF. No. 110. The filing, in the form of a flash drive, was dropped off at the clerk's office and a copy of the flash drive was hand delivered to the United States Attorney's office. The flash drive contains a single video file that is referenced in ECF. No. 110.

Dated: July 12, 2023

                                                Respectfully submitted,

                                                ANDRES R. GUEVARA
                                                Law Office of Andres R. Guevara

                                                <u>s/ Andres R. Guevara</u>

ANDRES R. GUEVARA
Law Office of Andres R. Guevara
2806 N. Speer Blvd
Denver, CO 80211
Telephone:  (720) 379-8262
FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for Melissa Charran

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on July 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all attorneys authorized to receive service

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
2806 N. Speer Blvd
Denver, CO 80211
Telephone:  (720) 379-8262
FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for Melissa Charran