**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.     MELISSA CHARRAN,

      Defendant.

---

**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION FOR DOWNWARD
VARIANCE (ECF. NO. 109)**

---

The Defendant, Melissa Charran, respectfully files this response to the Government's

Motion for Downward Variance (ECF. No. 109) and states as follows:

The government and the defense both agree that a downward variance is appropriate from

the Department of Probation's calculation of 48 months prison.  While the defense requests a

variance sentence to a sentence of probation, the government believes that a 50% downward

variance to 24 months is appropriate; thus, the parties are not in disagreement about the

appropriateness of a variance, merely the amount of said variance.

Both parties agree generally as to the relative differences in responsibility.  As the

government states: "Mortensen was the boss, and the defendant did what he said—which,

mostly, was using her medical marijuana card to purchase drugs to sell."  (ECF. No. 109, p. 4).

Moreover, clearly Mortensen was the initial and primary target of the Government, as law

enforcement was brought to his attention due to his brazen and open drug dealing operations through the Internet.  The Government seeks a consequence for Ms. Charran but agree that she was "substantially less culpable than Mortensen."  (ECF. 109, p. 5).

Also, the Government agrees that Ms. Charran, unlike Mr. Mortensen, has lived a productive, law-abiding life with a history of legitimate jobs; Mortensen, on the other hand, has "an impressive number of criminal history points."  Moreover, Ms. Charran's history of abuse, it is conceded, does "explain why, for so long, she agreed to perform tasks for Mortensen in furtherance of their drug business" and that she is "unlikely to recidivate" and that a prison sentence sis "unnecessary to protect the public."  (ECF. No. 109, p. 5).

As it relates to the arguments within the Government's Motion for Variance, the defense disagrees with the Government's claim that some degree of prison is necessary to "deter the public" given the unique circumstances relevant to the defendant. (ECF. No. 109, p. 5).   While Ms. Charran was not an automaton lacking in free will, hers is not the type of case whereby other similarly situated people are amenable to deterrent factors.   People in her position are unlikely to be deterred to any degree because the abuser—in this case Mortensen—by their nature ties criminal conduct to other factors, such as love and support (and sometimes threats of violence). Any potential deterrent factor can also exist through other means:  a felony conviction for a federal case is a significant result for any individual, let alone someone like Ms. Charran who has never had a conviction or arrest prior to this case.  This conviction at a minimum impacts her ability to obtain work in several industries.  Already, Ms. Charran has faced significant challenges to obtaining and maintaining work and has lost employment opportunities because of a federal felony conviction.  Notwithstanding these challenges, Ms. Charran is undeterred and

continues to seek employment, even to the point of beginning her own business, in order to

provide for her young son.


Dated:  July 19, 2023

Respectfully submitted,

ANDRES R. GUEVARA
Law Office of Andres R. Guevara



s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
2806 N. Speer Blvd
Denver, CO 80211
Telephone:  (720) 379-8262
FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for Melissa Charran


## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all attorneys authorized to receive service

s/ Andres R. Guevara
ANDRES R. GUEVARA
Law Office of Andres R. Guevara
2806 N. Speer Blvd
Denver, CO 80211
Telephone:  (720) 379-8262
FAX: (720) 699-6808
E-mail:andres@guevaracoloradolaw.com
Attorney for Melissa Charran