IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  MELISSA CHARRAN,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

    The United States of America, by and through undersigned counsel, and in accordance with the plea agreement, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant MELISSA CHARRAN in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On July 6, 2022, the defendant waived indictment and pled guilty to Count One of information 21-cr-115-WJM pursuant to the terms enumerated in a written plea agreement. [ECF #71-74].  Sentencing is scheduled for July 26, 2023. [ECF #87].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the counts of indictment 21-cr-115-WJM as to this defendant.

1

3.    The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the counts of indictment 21-cr-115-WJM as to defendant MELISSA CHARRAN at the time of sentencing in the above-captioned matter.

Respectfully submitted this 20th day of July, 2023.

        COLE FINEGAN
        United States Attorney

By:   *s/ Andrea Surratt*
      Andrea Surratt
      Assistant United States Attorney
      U.S. Attorney's Office
      1801 California St., Suite 1600
      Denver, CO 80202
      Telephone: (303) 454-0100
      e-mail: Andrea.Surratt@usdoj.gov