**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-115-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    MELISSA CHARRAN,

    Defendant.

---

**NOTICE OF SENTENCING LETTERS**

---

    The Defendant, Melissa Charran, respectfully files the attached letters in support of her sentencing on July 26, 2023. Undersigned is aware, and apologizes, that these letters are being filed after the deadline of Thursday, July 20, 2023. Undersigned received these letters via email from Ms. Charran in the afternoon of July 20 and I forwarded them via email to the Department of Probation that same afternoon July 20. The delay was my error as I was delayed in reviewing and receiving the letters (I was working as faculty at the National Criminal Defense College the entire of last week and was in Virginia training participants). The probation officer was out of the office on the following date (July 21) and was unable to file the letters; this was communicated to me this morning, July 24.

    In the event that these materials are not accepted through this filing, undersigned counsel can summarize their content during sentencing on July 26, 2023.

Dated:  July 24, 2023

        Respectfully submitted,

        ANDRES R. GUEVARA
        Law Office of Andres R. Guevara


        s/ Andres R. Guevara
        ANDRES R. GUEVARA
        Law Office of Andres R. Guevara
        2806 N. Speer Blvd
        Denver, CO 80211
        Telephone:  (720) 379-8262
        FAX: (720) 699-6808
        E-mail:andres@guevaracoloradolaw.com
        Attorney for Melissa Charran


**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on July 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all attorneys authorized to receive service

        s/ Andres R. Guevara
        ANDRES R. GUEVARA
        Law Office of Andres R. Guevara
        2806 N. Speer Blvd
        Denver, CO 80211
        Telephone:  (720) 379-8262
        FAX: (720) 699-6808
        E-mail:andres@guevaracoloradolaw.com
        Attorney for Melissa Charran