# EXHIBIT A

# Letters of Support



**From:** Melissa Charran melissacharran93@gmail.com
**Subject:** Fwd: Melissa Charran Sentencing Letter
**Date:** July 20, 2023 at 3:35 PM
**To:** Andres R. Guevara andres@guevaracoloradolaw.com

---------- Forwarded message ---------
From: **Roy Charran** <roycharran@yahoo.com>
Date: Thu, Jul 20, 2023 at 15:46
Subject: Sentencing Letter
To: <melissacharran93@gmail.com>

To The Honorable Judge Martinez,

We the parents of Melissa Charran would like you to consider that our daughter is a very respectable and considerate individual. She is our fist born and always looks out for her younger brother. She has a very beautiful baby boy, and both are with us. Melissa is currently working on a personal entrepreneur business and we are by her side to support her and her son. We are kindly asking for your consideration in leniency for our adorable daughter and give you the assurance that she will not be influenced in such matter again.

Thanking You,
Roy & Bibi Charran

Sent from my iPhone
--
Regards,
Melissa Charran



**From:** Melissa Charran melissacharran93@gmail.com
**Subject:** Fwd: Melissa Charran Sentencing Letter
**Date:** July 20, 2023 at 3:34 PM
**To:** Andres R. Guevara andres@guevaracoloradolaw.com

---------- Forwarded message ---------
From: **Ryan Kimal** <rnkimal1@gmail.com>
Date: Thu, Jul 20, 2023 at 06:42
Subject: Letter
To: <melissacharran93@gmail.com>

Dear Honorable Judge Martinez,

Hi my name is Navindra Kimal and I am currently a demand planner at LG Electronics. I've known Melissa for close to 10 years now as she is a close friend of my family. I've seen her grow into an incredible woman and mother over the 10 years. She is a caring, loving and responsible person. When she had her son Liam I saw all these characteristics come to life more in depth. She has helped me through numerous challenges I've faced in my life from losing my grandmother to becoming an adult. Without her guidance and support I couldn't imagine who or where I would be right now.

Thank you,

Navindra Kimal
--
Regards,
Melissa Charran

**From:** Melissa Charran melissacharran93@gmail.com
**Subject:** Fwd: Melissa Charran Sentencing Letter
**Date:** July 20, 2023 at 3:35 PM
**To:** Andres R. Guevara andres@guevaracoloradolaw.com



---------- Forwarded message ---------
From: **Nadera Harold** <nadera0799@gmail.com>
Date: Thu, Jul 20, 2023 at 10:00
Subject: Statement- Naderia Harold
To: <melissacharran93@gmail.com>

Dear Honorable Judge Martinez,

With kind regards, my name is Naderia Harold and I'm a CSW ICWA Ongoing intern at Hennepin County and an early childhood education teacher of seven years. I know Melissa through my partner and have hung out with her ever since we all were expecting her little one. Being in two different fields that work with children and occasionally parents, I can definitely say Melissa is the most involved parent I have ever met. She always makes the time to be there for Liam whether it's taking him to his haircuts, the park or even at the mall for special kid friendly events— she's there and will plan to keep being there and the attachment from Liam is very present as he holds a very healthy connection to Melissa. Melissa is a skillful and conscientious worker, devoted mom, and one of the most impactful mentors I've ever met. She continues to strive and make herself the devoted and motivated mom and person she can be, and I am proud of her.

Thank you, your honor
Naderia Harold
--
Regards,
Melissa Charran

**From:** Melissa Charran melissacharran93@gmail.com
**Subject:** Melissa Charran Sentencing Letter
**Date:** July 20, 2023 at 3:33 PM
**To:** Andres R. Guevara andres@guevaracoloradolaw.com



---------- Forwarded message ---------
From: **Hotmail** <liz_4057@hotmail.com>
Date: Wed, Jul 19, 2023 at 21:59
Subject: Letter
To: <melissacharran93@gmail.com>

Dear Judge Martinez,

I hope this letter finds you well. I am writing to respectfully request leniency in the sentencing of Melissa Charran, who is scheduled for sentencing in your court on charges related to possession and distribution with the intent to sell marijuana.

I have known Melissa for several years and can attest to her good character and the positive impact she has had on those around her. She is a devoted mother to a young child and has supportive parents who are willing to stand by her during this difficult time.

While I understand the severity of the charges and the importance of upholding the law, I would like to bring to your attention several significant factors that I believe warrant consideration for a reduced sentence:

Supportive Family: Melissa comes from a loving and supportive family, who deeply care for her well-being and the well-being of her child. They are committed to helping her learn from her mistakes and guiding her towards a more positive path. A lighter sentence would enable Melissa to continue receiving the emotional and financial support necessary for her rehabilitation.

Parental Responsibilities: Melissa is a dedicated mother to her young child. Her absence due to a lengthy sentence could have a profound impact on the child's development and emotional well-being. A more lenient sentence would allow her to maintain a stable presence in her child's life and continue to provide the nurturing environment that a young child needs.

Potential for Rehabilitation: Melissa's involvement in the distribution of marijuana was an unfortunate decision, and she deeply regrets her actions. She acknowledges her mistake and is committed to turning her life around. With the right guidance and support, Melissa has the potential to become a law-abiding citizen and a positive contributor to society.

I believe that a sentencing focused on rehabilitation and community service, rather than lengthy imprisonment, would better serve the interests of justice in

this case. By providing Melissa with the opportunity to address her mistakes and learn from them, we can foster a more positive and productive future for both her and her child.

I want to express my sincere hope that you will consider these factors and exercise leniency in Melissa Charran's sentencing. Thank you for your time and consideration in this matter.

Respectfully,

Elizabeth Langhoff
612-716-7501
Elizabeth.Langhoff@gmail.com

--
Regards,
Melissa Charran