IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | July 26, 2023 |
| Courtroom Deputy: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Probation Officer: | Paige Meador |

| | |
|---|---|
| Criminal Action No. **1:21-cr-00115-WJM-2** | Counsel: |
| UNITED STATES OF AMERICA, | Andrea Lee Surratt |
| Plaintiff, | |
| v. | |
| MELISSA CHARRAN, | Andres Rene Guevara |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**9:33 a.m.    Court in session.**

Court calls case. Appearances of counsel. Defendant is present on bond. Probation Officer present in courtroom.

Defendant placed under oath by Courtroom Deputy.

**ORDERED:** Defendant's [105] Objections are OVERRULED IN PART and SUSTAINED IN PART as stated on the record.

**ORDERED:** The Government's [122] Motion to Dismiss Counts is GRANTED; The [23] Indictment is DISMISSED with prejudice as to Defendant Charran.

**ORDERED:** The Government's [123] Motion for Decrease for Acceptance of Responsibility is GRANTED.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

Argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

**ORDERED:**   The Government's [109] Motion for Non-Guideline Sentence is GRANTED as stated on the record.

**ORDERED:**   The Defendant's [110] Motion for Non-Guideline Sentence is DENIED as stated on the record.

Court's findings and conclusions.

**ORDERED:**   The Plea Agreement between the parties is ACCEPTED.

**ORDERED:**   Defendant shall be imprisoned for 24 months as to Count 1 of the Information.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in presentence detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to her security designation and is located within the District of Minnesota.

**ORDERED:**   Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 1 year. The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record.

**ORDERED:**   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**   Defendant shall pay a special assessment of $100, due and payable immediately. Payment of any fine is waived.

**ORDERED:**   Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

**ORDERED:**   The Court finds that exceptional circumstances exist in this matter and the Court finds that by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of the community. Defendant's

        bond is continued subject to the same conditions of release in Magistrate Judge Wang's [14] Order.

**ORDERED:** The defendant to voluntarily surrender to the institution designated by the Bureau of Prisons on August 30, 2023 at 12:00 p.m.

The defendant is formally advised of her limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**11:09 a.m.    Court is adjourned. Hearing concluded.**

Total time in court: 1 hour 36 minutes