IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:21-cr-00115-WJM-2

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Melissa CHARRAN,

   Defendant.

---

### VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT
---

The Judgment imposed on July 26, 2023, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the FPC Alderson. Accordingly,

IT IS ORDERED that Defendant, Melissa CHARRAN, shall surrender herself by reporting to the Warden at the FPC Alderson, Glen Ray Rd, Box A, Alderson, West Virginia, on August 30, 2023, by 12:00pm.
Travel will be at her own expense.

DATED at Denver, Colorado, this __8th__ day of August, 2023.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge